# UNITED STATES DISTRICT COURT

for the _____ Division_____ District of _____ _____ Division

Case No. _____

# COMPLAINT AND REQUEST FOR INJUNCTION

## I. The Parties to This Complaint
### A. The Plaintiff(s)

James O. Clark III and Jennifer Zoë DuBois
18 Burleigh Road
Center Tuftonboro, Carroll County
New Hampshire 03816
Clark: (603) 581-5497 – DuBois: (617) 680-4232
Clark: jim@nhcaddesign.com – DuBois: zoedubois56@gmail.com

### B. B. The Defendant(s)

Richard C. Parent – Wolfeboro Falls USPS Post Office Postmaster

35 Center Street

Wolfeboro, Carroll County

New Hampshire, 03896

(603)-569-4274

## II.   Basis for Jurisdiction
### A.  U.S. Code: Title 39

## III. Statement of Claim

### A. Where did the events giving rise to your claim(s) occur?

Center Tuftonboro, NH and Wolfeboro, NH

**B. What date and approximate time did the events giving rise to your claim(s) occur?**

November, 2024.

**C. What are the facts underlying your claim(s)?**

We were abruptly informed by the Postal Service that our post office boxes were going to be removed, and that we had to make immediate arrangements to install a mail box, or purchase a post office box at the Wolfeboro Falls, NH post office. We decided that we would purchase and install a mail box on Burleigh Road at the end of our driveway. Burleigh Road is a town maintained gravel road. But the Wolfeboro Falls Postmaster refused to deliver our mail to our mail box at that location, and would only agree to deliver our mail to a location that would require a walk, or drive over a mile to get our mail. After much negotiation, the Postmaster agreed to deliver the mail to our mail box, but only if we put the box at the beginning of Burleigh Road, which is almost a quarter of a mile from our driveway. He has presented us with a litany of baseless reasons for his refusal to deliver our mail to our address.

## IV. Irreparable Injury

We are currently forced to walk, or drive half a mile to get our mail. No valid reason has been given to justify the lack of compliance with Federal Law.

## V. Relief

We ask the Court to issue an order to have our mail delivered in accordance with Federal Law. We would like to be compensated for all costs we have incurred in pursuing this matter.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  Monday, October 27, 2025

| Signature of Plaintiff | Signature of Plaintiff |
|---|---|
| *[signature]* | *[signature]* |
| Printed Name of Plaintiff | Printed Name of Plaintiff |
| **James O. Clark III** | **Jennifer Zoë DuBois** |